# EXHIBIT A

**TO PLAINTIFF'S RESPONSE IN
OPPOSITION TO DEFENDANT'S
AMANDED MOTION TO DISMISS**

Case 1:25-cv-01808-RP Document 45-1 Filed 02/02/26 Page 2 of 2



**Mimi Marziani <mmarziani@msgpllc.com>**

## Venue Discovery | Jolt Cause No. 352-371410-25

**Rachael McKenzie** <Rachael.McKenzie@oag.texas.gov>　　　　　　　Tue, Jan 13, 2026 at 5:05 PM
To: Mimi Marziani <mmarziani@msgpllc.com>
Cc: Beth Stevens <bstevens@msgpllc.com>, Joaquin Gonzalez <jgonzalez@msgpllc.com>, "jasons@letsgotocourt.com" <jasons@letsgotocourt.com>, Emily Samuels <Emily.Samuels@oag.texas.gov>, "bfalligant@inquestresources.com" <bfalligant@inquestresources.com>, Rob Farquharson <Rob.Farquharson@oag.texas.gov>, Daniel Zwart <Daniel.Zwart@oag.texas.gov>

Good afternoon,

Upon further review of the discovery requests the State sent on December 30, 2025, we withdraw Interrogatory No. 1.

If you have any questions or concerns, please let me know, and we can set up a call next week.

Thank you,



Rachael McKenzie

Assistant Attorney General

Consumer Protection Division

Office of the Attorney General of Texas

(713) 225-8930