**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JOLT INITIATIVE, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>KEN PAXTON, in his individual and official capacity as Attorney General of Texas,<br><br>*Defendant*. | Case No.: 1:25-cv-001808 |

**JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff Jolt Initiative, Inc., together with Defendant Attorney General of Texas Ken Paxton, in his individual and official capacities, jointly file this report on alternative dispute resolution (ADR) as outlined in the scheduling order, ECF No. 52, and the Court's Local Rules.

At this time, the parties do not believe that ADR would be fruitful. The parties will remain open to discussing potential resolutions of the case, or issues in the case, at future stages of the litigation.

Dated: April 22, 2026

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

RYAN D. WALTERS
Deputy Attorney General for Legal Strategy

RYAN G. KERCHER
Chief, Special Litigation Division

*/s/ Zachary L. Rhines*
ZACHARY L. RHINES
Special Counsel
Texas State Bar No. 24116957
zachary.rhines@oag.texas.gov

ALI M. THORBURN
Special Counsel
Texas State Bar No. 24125064
ali.thorburn@oag.texas.gov

BRIAN B. TUNG
Assistant Attorney General
Texas State Bar No. 24145179
Brian.tung@oag.texas.gov

GREY W. JOHNSTON
Assistant Attorney General
Texas State Bar No. 24149107
grey.johnston@oag.texas.gov

OFFICE OF THE
ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2100

**COUNSEL FOR STATE DEFENDANT**

Respectfully submitted,

*/s/ Jonathan L. Backer*
JONATHAN BACKER*
jb2845@georgetown.edu

JOSEPH MEAD*
jm3468@georgetown.edu

MARY MCCORD*
mbm7@georgetown.edu

WILLIAM POWELL*
william.powell@georgetown.edu

INSTITUTE FOR CONSTITUTIONAL
ADVOCACY & PROTECTION
Georgetown University Law Center
600 New Jersey Ave., N.W.
Washington, D.C. 20001
Phone: (202) 661-6671

MIMI MARZIANI
Texas Bar No. 24091906
mmarziani@msgpllc.com

JOAQUIN GONZALEZ
Texas Bar No. 24109935
jgonzalez@msgpllc.com

MARZIANI, STEVENS & GONZALEZ PLLC
500 W. 2nd Street
Suite 1900
Austin, TX 78701
Phone: (210) 343-5604

**Admitted pro hac vice*

**COUNSEL FOR JOLT INITIATIVE, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 22, 2026, I electronically filed the foregoing with the Clerk of the Court and served a copy upon all counsel of record registered to receive notice via the Court's CM/ECF system.

*/s/ Jonathan L. Backer*
Jonathan L. Backer