IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOLT INITIATIVE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:25-CV-1808-RP |
| | § | |
| KEN PAXTON, *in his individual and official capacity as Attorney General of Texas*, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Defendant Ken Paxton's ("Defendant") Motion to Stay Case Pending Appeal, in which Defendant seeks an order staying all proceedings as to the claims against him while his appeal of the Court's Order Denying of Defendant's Amended Motion to Dismiss, (Dkt. 61), is pending. (Dkt. 64). Defendant requests a decision on his Motion by 5 P.M. on this day, September 9, 2026, due to Defendant's impending September 11, 2026 deadline to respond to Plaintiff Jolt Initiative, Inc.'s ("Plaintiff") Motion to Compel, (Dkt. 60). (Mot., Dkt. 64, at 2).

In the interest of fully and accurately assessing the claims in Defendant's Motion to Stay, **IT IS ORDERED** that Plaintiff shall respond to Defendant's Motion to Stay, (Dkt. 64), **on or before September 18, 2026**. **IT IS FURTHER ORDERED** that Defendant shall respond to Plaintiff's Motion to Compel, (Dkt. 60), **on or before October 9, 2026**.

**SIGNED** on September 9, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE